UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| STARLEN RUSSELL HATFIELD and CHARLENE HATFIELD, | ) ) ) | |
| Plaintiffs, | ) ) | No. 7:21-CV-055-REW-EBA |
| v. | ) ) ) | JUDGMENT |
| M&M IMPORTS, INC., d/b/a/ WALTERS TOYOTA NISSAN, and CREDIT ACCEPTANCE CORP., | ) ) ) ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order granting DE 15 and DE 28, entered contemporaneously with this Judgment, the Court:

1. **DISMISSES** all of Plaintiffs' claims **WITHOUT PREJUDICE**; and

2. **STRIKES** this matter from the active docket.

This is a **FINAL** and **APPEALABLE** judgment.

This the 15th day of December, 2021.

Signed By:
Robert E. Wier
United States District Judge